Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  19–15472–JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaine Moody
   331 Myrtle Avenue
   West Berlin, NJ 08091

Social Security No.:
   xxx–xx–6315

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 14, 2020
JAN: kvr

                                                                                     Jeanne Naughton
                                                                                     Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 19-15472-JNP
Elaine Moody                                                      Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin                Page 1 of 1         Date Rcvd: Jan 14, 2020
                             Form ID: 148               Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db             +Elaine Moody,    331 Myrtle Avenue,    West Berlin, NJ 08091-9175
518297865      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518126232      +Midfirst Bank,    c/o KML Law Group, PC,    216 Haddon Ave., Ste. 406,    Westmont, NJ 08108-2812
518126233       Midland Mortgage,    P.O. Box 268959,    Oklahoma City, OK 73126-8959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 14 2020 23:37:20      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 14 2020 23:37:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518126230       EDI: BLUESTEM Jan 15 2020 03:58:00      Fingerhut/Webbank,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
518126231      +EDI: AMINFOFP.COM Jan 15 2020 03:58:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518160960       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 23:47:45      LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
518142992       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 23:48:30      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518215091      +EDI: JEFFERSONCAP.COM Jan 15 2020 03:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518215091      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 14 2020 23:37:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518126234      +EDI: DRIV.COM Jan 15 2020 03:58:00      Santander Consumer,    8585 N. Stemmons Freeway,
                 Ste 1100-N,    Dallas, TX 75247-3822
518253150      +EDI: AIS.COM Jan 15 2020 03:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Erik M. Helbing    on behalf of Debtor Elaine  Moody ehelbing@helbingconsumerlaw.com,
               bk@helbingconsumerlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```